UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


UNITED STATES OF AMERICA

V.                                    CRIMINAL NO. 3:24-CR-65-TSL-ASH
EMNELAHIKIYO ANDERSON

ORDER

Following the undersigned's referral of this case to United States Magistrate Judge Harris for a hearing under 18 U.S.C. §§ 4241(c) and 4247(d), to determine defendant Emnelahikiyo Anderson's competency to stand trial, Judge Harris has entered his report and recommendation in which he recommends that the court find Anderson is not presently competent to stand trial and that he be temporarily committed to the custody of the Attorney General for competency restoration pursuant to the provisions of 18 U.S.C. § 4241(d).

There has been no objection to the report and recommendation and therefore, it is ordered that the report and recommendation is adopted as the finding of the court.  In accordance with the recommendation, it is ordered as follows: Anderson shall be committed to the custody of the Attorney General to be hospitalized for medical treatment and restoration of competency in a suitable facility.  He shall be hospitalized for a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial

probability that, in the foreseeable future, he will attain the capacity to permit the proceedings to go forward.  Anderson may be hospitalized for any additional reasonable period of time until his mental condition is so improved that trial may proceed.  It is further ordered that the director of the facility in which Anderson is hospitalized shall file within four months a certificate with the clerk of court in accordance with 18 U.S.C. § 4241(e), when the director determines that Anderson has recovered to the extent that he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

SO ORDERED this 21st day of April, 2025.


/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE